FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2006 MAY 22 P 1: 16

CLEVELAND T. THOMAS, and
PATRICIA A. WOODS-THOMAS,

    Plaintiffs,

v.                                    Case No.: 3:03-mc-40-J-20

UNITED STATES OF AMERICA, UNITED
STATES DEPARTMENT OF JUSTICE, and
UNITED STATE DRUG ENFORCEMENT
ADMINISTRATION,

    Defendants.

_____/

## ORDER

Plaintiffs have submitted a document entitled "Claim of Ownership" (Doc. No. 1, filed August 15, 2003) in which they claim an amount of $5,523.00 was illegally seized from Plaintiff Cleveland Thomas by officers of the Jacksonville Sheriff's Office on March 29, 2000. Plaintiffs also allege that on June 19, 2000, they filed a "Petition for Expedited Release" with the Drug Enforcement Administration's Office accompanied by a $522.30 cost bond. The Petition was summarily denied. In their "Claim of Ownership," Plaintiffs ask the Court to require whatever government agency possesses the money to return it to Plaintiffs. After reviewing the few documents in the record of this case, it appears that Plaintiffs have filed a civil complaint in the Circuit Court of the Fourth Judicial in and for Duval County seeking return of their money which was allegedly seized illegally, but no complaint has been filed in this Court. Moreover, as there is no record in this Court of a criminal case involving either Plaintiff, it appears that federal charges were never brought against Plaintiffs. The Court concludes, therefore, that any underlying criminal

charges against Plaintiff Cleveland Thomas must have been brought in state court. Thus, there are no federal issues before this Court and Plaintiffs' "claim of ownership" does not state a cause of action sufficient to bring Plaintiffs' claims before the jurisdiction of this Court. Accordingly, the above captioned case is hereby **DISMISSED WITH PREJUDICE** and the Clerk shall close the file.

**DONE AND ENTERED** at Jacksonville, Florida, this ___ day of May, 2006.

_____
HARVEY E. SCHLESINGER
United States District Judge

Copies to:

Cleveland Thomas and Patricia Woods-Thomas, *pro se*